# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Dongguan Jiajieshi Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Funtin, Yokane, AIR U+, Lyasilgc online, ZCZHI, Dxs-store, GVMM-US, JOTENBO, G-fred, MIBUMIKI-US, Kamitaly, Dongguan Shi Zhongchuangtong Dianzi Youxian Gongsi, UCEC, AWAYDD Sale, DerXiaLier US, XINZHIDANO1, Aoydr, Yipoch, Renshankj, Hisucbetter, Hyphenx, Zeltauto, USMILEMUNA, Ashsajkd, MATFORCA Direct, Fenglv Ltd, CANAVY Home Care, KeePow, and HUIZEON, <br><br> *Defendants*. | Civil Action No. 1:26-cv-00439-SDG |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dongguan Jiajieshi Technology Co., Ltd. ("DJT" or "Plaintiff"), by and through undersigned counsel, hereby voluntarily dismisses this action WITHOUT PREJUDICE as to Defendant Renshankj.

Prior to the filing of this notice, Defendant has yet to file an answer or

1

motion for summary judgment.

Respectfully submitted this 9th day of April, 2026.

By: */s/ Albert Myers*
Albert M. Myers
GA Bar No. 002711
almyers@almyerslaw.com
AL MYERS LAW, LLC
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

Timothy Wang (*pro hac vice*
application forth coming)
Texas Bar No.: 24067927
twang@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff Dongguan*
*Jiajieshi Technology Co., Ltd.*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to L.R. 5.1(C) of the Northern District of Georgia, that the foregoing notice complies with the font and point selections approved by the Court in L.R. 5.1(C). The foregoing motion was prepared on a computer using 14-point Times New Roman font.

DATED: April 9, 2026

By: */s/ Albert M. Myers*
Albert M. Myers
GA Bar No. 002711
almyers@almyerslaw.com
AL MYERS LAW, LLC
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

DATED: April 9, 2026

By: */s/ Albert M. Myers*
Albert M. Myers
GA Bar No. 002711
almyers@almyerslaw.com
AL MYERS LAW, LLC
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

*Counsel for Plaintiff*