**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONGGUAN JIAJIESHI )
TECHNOLOGY CO., LTD., )
                              )
       Plaintiff, )
                              )    Case No.: 1:26-CV-00439-SDG
v. )
                              )
FUNTIN, YOKANE, AIR U+, )
LYASILGC ONLINE, ZCZHI, )
DXS-STORE, GVMM-US, JOTENBO, )
G-FRED, MIBUMIKI-US, KAMITALY, )
DONGGUAN SHI )
ZHONGCHUANGTONG DIANZI )
YOUXIAN GONGSI, UCEC, )
AWAYDD SALE, DERXIALIER US, )
XINZHIDANO1, AOYDR, YIPOCH, )
RENSHANKJ, HISUCBETTER, )
HYPHENX, ZELTAUTO, )
USMILEMUNA, ASHSAJKD, )
MATFORCA DIRECT, FENGLV LTD, )
CANAVY HOME CARE, KEEPOW, )
and HUIZEON, )
                              )
       Defendants. )
                              )

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
AIR U+ AND DXS-STORE TO ANSWER**

COME NOW Plaintiff Dongguan Jiajieshi Technology Co., Ltd.

("Dongguan" or "Plaintiff") and Defendants AIR U+ and Dxs-store (collectively,

"Defendants"), by and through undersigned counsel, respectfully submit this

Consent Motion to extend the time for Defendants AIR U+ and Dxs-store to answer or otherwise respond to the Complaint.

The requested extension of time is for thirty (30) days, until May 17, 2026.

Good cause exists for extending Defendants' time to answer. This request is made in good faith and not for the purposes of undue delay. No other extension has been requested or granted concerning this response deadline, and Plaintiff consents to this request.

Date:  April 23, 2026                    Respectfully submitted,

**AL MYERS LAW, LLC**                    **THE SANDIFER LAW FIRM, LLC**

_/s/ Albert M. Myers_                    _/s/ John W. Sandifer_
_(signed with express permission by_     John W. Sandifer
_John W. Sandifer)_                      Georgia Bar No. 626026
Albert M. Myers                          Email:  jsandifer@sandifer-law.com
Georgia Bar No. 002711                   125 Clairemont Avenue, Suite 420
Email:  mearsly@gmail.com                Decatur, Georgia 30030
1050 Crown Pointe Parkway, Suite 500     Telephone: (404) 995-9000
Atlanta, GA 30338                        Facsimile:  (404) 995-9100
Telephone: (404) 931-7735

Timothy Wang, Esq. (_pro hac vice_       Shaoyi Che, Esq. (_pro hac vice_
application forthcoming)                  application forthcoming)
Texas Bar No.: 24067927                  Texas Bar No. 24139843*
Email:  twang@nilawfirm.com              Email:  che@yzlaw.com
**NI, WANG & MASSAND, PLLC**             **YOUNGZEAL LLP**
8140 Walnut Hill Ln., Ste. 615           9355 John W. Elliott Dr., Suite 25555
Dallas, TX 75231                         Frisco, TX 75033
Telephone: (972) 331-4600                Telephone: (717) 440 3382

_Counsel for Plaintiff_                  _Counsel for Defendants AIR U+ and_
                                         _Dxs-store_

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| DONGGUAN JIAJIESHI TECHNOLOGY CO., LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 1:26-CV-00439-SDG |
| FUNTIN, YOKANE, AIR U+, LYASILGC ONLINE, ZCZHI, DXS-STORE, GVMM-US, JOTENBO, G-FRED, MIBUMIKI-US, KAMITALY, DONGGUAN SHI ZHONGCHUANGTONG DIANZI YOUXIAN GONGSI, UCEC, AWAYDD SALE, DERXIALIER US, XINZHIDANO1, AOYDR, YIPOCH, RENSHANKJ, HISUCBETTER, HYPHENX, ZELTAUTO, USMILEMUNA, ASHSAJKD, MATFORCA DIRECT, FENGLV LTD, CANAVY HOME CARE, KEEPOW, and HUIZEON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS AIR U+ AND DXS-STORE TO ANSWER was filed using the Court's CM/ECF system, which will automatically give notice to all attorneys of record:

Date:  April 23, 2026   Respectfully submitted,

**THE SANDIFER LAW FIRM, LLC**

*/s/ John W. Sandifer*
John W. Sandifer
Georgia Bar No. 626026
Email:  jsandifer@sandifer-law.com
125 Clairemont Avenue, Suite 420
Decatur, Georgia 30030
Telephone: (404) 995-9000
Facsimile:  (404) 995-9100

*Counsel for Defendants AIR U+ and Dxs-store*