# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Dongguan Jiajieshi Technology Co., Ltd., <br><br> *Plaintiff*, <br> v. <br><br> Funtin, Yokane, AIR U+, Lyasilgc online, ZCZHI, Dxs-store, GVMM-US, JOTENBO, G-fred, MIBUMIKI-US, Kamitaly, Dongguan Shi Zhongchuangtong Dianzi Youxian Gongsi, UCEC, AWAYDD Sale, DerXiaLier US, XINZHIDANO1, Aoydr, Yipoch, Renshankj, Hisucbetter, Hyphenx, Zeltauto, USMILEMUNA, Ashsajkd, MATFORCA Direct, Fenglv Ltd, CANAVY Home Care, KeePow, and HUIZEON <br><br><br> *Defendants*. | Civil Action No. 1:26-cv-00439-SDG |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dongguan Jiajieshi Technology Co., Ltd. ("DJT" or "Plaintiff"), by and through undersigned counsel, hereby voluntarily dismisses this action WITH PREJUDICE as to Defendants Fenglv Ltd and DerXialier US.

Prior to the filing of this notice, Defendants did not file an answer or motion

1

for summary judgment.

Respectfully submitted this 15th day of May, 2026.

By: */s/ Albert Myers*
Albert M. Myers
GA Bar No. 002711
mearsly@gmail.com
**AL MYERS LAW, LLC**
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

Timothy Wang (pro hac vice)
Texas Bar No.: 24067927
twang@nilawfirm.com

**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff Dongguan
Jiajieshi Technology Co., Ltd.*

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to L.R. 5.1(C) of the Northern District of Georgia, that the foregoing notice complies with the font and point selections approved by the Court in L.R. 5.1(C). The foregoing motion was prepared on a computer using 14-point Times New Roman font.

DATED: May 15, 2026          Respectfully submitted,

By: */s/ Albert M. Myers*
Albert M. Myers
GA Bar No. 002711
mearsly@gmail.com
**AL MYERS LAW, LLC**
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

*Counsel for Plaintiff Dongguan*
*Jiajieshi Technology Co., Ltd.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on May 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

DATED: May 15, 2026                    Respectfully submitted,

By: */s/ Albert M. Myers*
Albert M. Myers
GA Bar No. 002711
mearsly@gmail.com
**AL MYERS LAW, LLC**
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

*Counsel for Plaintiff Dongguan Jiajieshi Technology Co., Ltd.*

4