**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DONGGUAN JIAJIESHI TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>FUNTIN, YOKANE, AIR U+, LYASILGC ONLINE, ZCZHI, DXS-STORE, GVMM-US, JOTENBO, G-FRED, MIBUMIKI-US, KAMITALY, DONGGUAN SHI ZHONGCHUANGTONG DIANZI YOUXIAN GONGSI, UCEC, AWAYDD SALE, DERXIALIER US, XINZHIDANO1, AOYDR, YIPOCH, RENSHANKJ, HISUCBETTER, HYPHENX, ZELTAUTO, USMILEMUNA, ASHSAJKD, MATFORCA DIRECT, FENGLV LTD, CANAVY HOME CARE, KEEPOW, and HUIZEON,<br><br>Defendants. | Case No.: 1:26-CV-00439-SDG |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendants Shenzhen Xiaoyanjinghua Technology Co., Ltd. d/b/a AIR U+ and Shenzhen Dingxinsheng Technology Co., Ltd. d/b/a Dxs-store respectively certifies the following:

1

(1) The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

**Plaintiff**: Dongguan Jiajieshi Technology Co. Ltd.

**Defendants:** FUNTIN, YOKANE, AIR U+, LYASILGC ONLINE, ZCZHI, DXS-STORE, GVMM-US, JOTENBO, G-FRED, MIBUMIKI-US, KAMITALY, DONGGUAN SHI ZHONGCHUANGTONG DIANZI YOUXIAN GONGSI, UCEC AWAYDD SALE, DERXIALIER US, XINZHIDANO1, AOYDR YIPOCH, RENSHANKJ, HISUCBETTER, HYPHENX, ZELTAUTO, USMILEMUNA, ASHSAJKD, MATFORCA DIRECT, FENGLV LTD, CANAVY HOME CARE, KEEPOW, AND HUIZEON

Defendants Shenzhen Xiaoyanjinghua Technology Co., Ltd. d/b/a AIR U+ and Shenzhen Dingxinsheng Technology Co., Ltd. d/b/a Dxs-store respectively certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

(a) For Plaintiff:

Albert M. Myers
Al Myers Law, LLC
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
404-931-7735
mearsly@gmail.com

Timothy T. Wang
Ni, Wang & Massand, PLLC
8140 Walnut Hill Lane, Suite 615
Dallas, TX 75231
972-331-4603
972-314-0900
twang@nilawfirm.com

(b) For Defendants AIR U+ and Dxs-store:

John W. Sandifer
The Sandifer Law Firm, LLC
125 Clairemont Avenue, Suite 420
Decatur, GA 30030
404-995-9000
jsandifer@sandifer-law.com

(4) The undersigned further certifies that the following is a full and

3

complete list of the citizenship of every individual or entity whose citizenship is attributed to a party on whose behalf this certificate is filed:

Defendant Shenzhen Xiaoyanjinghua Technology Co., Ltd., d/b/a AIR U+, is a limited liability company organized under the laws of the People's Republic of China. Its members are Li Lei, a citizen of the People's Republic of China, who holds a 90% ownership interest, and Wang Xitian, a citizen of the People's Republic of China, who holds a 10% ownership interest.

Defendant Shenzhen Dingxinsheng Technology Co., Ltd. d/b/a Dxs-store is a limited liability company organized under the laws of the People's Republic of China. Its members are Wang Xiaojun, a citizen of the People's Republic of China, who holds an 85% ownership interest, and Dong Yule, a citizen of the People's Republic of China, who holds a 15% ownership interest.

Dated: June 8, 2026                    Respectfully submitted,

**YOUNGZEAL LLP**

 */s/ Shaoyi Che*
Shaoyi Che
TX Bar No. 24139843*
*(\*Pro Hac Vice application submitted)*
Email:  che@yzlaw.com
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382

4

**THE SANDIFER LAW FIRM, LLC**

*/s/ John W. Sandifer*
John W. Sandifer
Georgia Bar No. 626026
Email:  jsandifer@sandifer-law.com
125 Clairemont Avenue, Suite 420
Decatur, Georgia 30030
Telephone: (404) 995-9000
Facsimile:  (404) 995-9100

*Counsel for Shenzhen Xiaoyanjinghua Technology Co., Ltd. d/b/a AIR U+ and Shenzhenshi Dingxinsheng Technology Co., Ltd. d/b/a Dxs-store*

5

# <u>CERTIFICATE OF COMPLIANCE</u>

I certify that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(B) and 7.1(D).

This 8th day of June, 2026.

By: */s/ Shaoyi Che*
Shaoyi Che

6

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on June 8, 2026, the foregoing DEFENDANTS'
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE
STATEMENT was filed using the Court's CM/ECF system, which will
automatically give notice to all attorneys of record.

By: */s/ Shaoyi Che*
Shaoyi Che