# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Dongguan Jiajieshi Technology Co., Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> Funtin, Yokane, AIR U+, Lyasilgc online, ZCZHI, Dxs-store, GVMM-US, JOTENBO, G-fred, MIBUMIKI-US, Kamitaly, Dongguan Shi Zhongchuangtong Dianzi Youxian Gongsi, UCEC, AWAYDD Sale, DerXiaLier US, XINZHIDANO1, Aoydr, Yipoch, Renshankj, Hisucbetter, Hyphenx, Zeltauto, USMILEMUNA, Ashsajkd, MATFORCA Direct, Fenglv Ltd, CANAVY Home Care, KeePow, and HUIZEON, <br> *Defendants*. | Civil Action No. 1:26-cv-00439-SDG |

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Dongguan Jiajieshi Technology Co., Ltd. ("Plaintiff") hereby moves this Court for entry of default by the Clerk of Court against each and every Defendant which has been served and has not been voluntarily dismissed but which has not answered or otherwise responded to the complaint in this action: GVMM-US, MIBUMIKI-US, Kamitaly, Dongguan Shi Zhongchuangtong Dianzi Youxian

1

Gongsi, Aoydr, Yipoch, Hisucbetter, Hyphenx, USMILEMUNA, Ashsajkd, CANAVY Home Care, KeePow, and HUIZEON (the "Defaulting Defendants").

Plaintiff brought this action on January 22, 2026 seeking affirmative relief for patent infringement.  ECF Dkt. 1. On January 26, 2026, this Court authorized Plaintiff to serve the defendants in this case (including the Defaulting Defendants) by electronic means. ECF Dkt. 9.  After obtaining email addresses for the Defaulting Defendants' storefronts from the defendants or the relevant online marketplaces, Plaintiff served the Defaulting Defendants with the summons and complaint via email on March 27, 2026.  See Return of Service Executed, ECF Dkt. 42.  Answers were due twenty-one (21) days from the date of service.  *See* ECF Dkt. 42.  As of the date of this motion, none of the Defaulting Defendants has filed or served an answer, motion, or other responsive pleading, or has otherwise appeared in this case. Declaration of Albert M. Myers, dated June 16, 2026, ¶ 2.  The Defaulting Defendants were properly served electronically pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. *See* Dkt. No. 9.  Despite proper service and actual notice, the Defaulting Defendants have failed to plead or otherwise defend this action.

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter default pursuant to Fed. R. Civ. P. 55(a) against each of the Defaulting Defendants: GVMM-US, MIBUMIKI-US, Kamitaly, Dongguan Shi Zhongchuangtong Dianzi

2

Youxian Gongsi, Aoydr, Yipoch, Hisucbetter, Hyphenx, USMILEMUNA, Ashsajkd, CANAVY Home Care, KeePow, and HUIZEON.

Dated:  June 16, 2026

Respectfully submitted,

AL MYERS LAW, LLC
By: /s/ *Albert M. Myers*
Albert M. Myers
GA Bar No. 002711
*mearsly@gmail.com*
Suite 500
1050 Crown Pointe Parkway
Atlanta, GA 30338
(404) 931-7735

-and-

NI, WANG & MASSAND, PLLC
Timothy T. Wang (admitted *pro hac vice*)
Texas Bar No. 24067927
*twang@nilawfirm.com*
8140 Walnut Hill Ln., Ste. 615
Dallas, TX 75231
Tel: (972) 331-4600
Fax: (972) 314-0900

*Counsel for Plaintiff*

3

<u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify, pursuant to L.R. 5.1(C) and 7.1(D) of the Northern District of Georgia, that the foregoing complies with the font and point selections approved by the Court in L.R. 5.1(C). The foregoing was prepared on a computer using 14-point Times New Roman font.

Dated:  June 16, 2026

<u>/s/ Albert M. Myers</u>
Albert M. Myers

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Georgia, Atlanta Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Albert M. Myers*
Albert M. Myers