**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| Dongguan Jiajieshi Technology Co., Ltd., | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00439-SDG |
| v. | ) | |
| | ) | Dist. Judge Steven D. Grimberg |
| Funtin et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Appearance**

Notice is hereby given that the undersigned attorney, Adam E. Urbanczyk, of AU LLC, who is

admitted and/or authorized to practice in this Court, enters an appearance in this matter on behalf

of Defendants

- Aoydr

- MATFORCA Direct

and requests that his name be added to the list of ECF recipients for this case.

Dated this June 16, 2026

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
(GA) 094951
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendants*

Page **1** of **1**